

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

MARY E. HIGGINS

Case No. 2:12mj356

Court Date: September 19, 2012

CRIMINAL INFORMATION

(Misdemeanor)- Violation No. N0454785

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 14, 2012, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MARY E. HIGGINS, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
J. Richard Parker
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-2599
Fax:(757) 441-3205
Jon.Parker@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

J. Richard Parker
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-2599
Fax:(757) 441-3205
Jon.Parker@usdoj.gov

8/22/12
Date